379 A.2d 617

Commonwealth v. White, Appellant.

 Submitted June 13, 1977. Michael L. Levy, and Shuman, Lawler and Levy, for appellant; Denis P. Cohen, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The finding of guilt is confirmed. The sentence is vacated and we remand for resentencing consistent with the doctrine of merger. *Commonwealth v. Sparrow*, 471 Pa. 490, 370 A.2d 712 (1977); *Commonwealth v. Brooks*, 242 Pa.Superior Ct. 7, 363 A.2d 1132 (1976).